# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160892

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JEFFREY LYNN WATTS,
          Defendant-Appellant.

_____/

SC: 160892
COA: 341729
Wayne CC: 17-004764-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the November 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0622

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk